DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-061-JCM-GWF |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION TO DISMISS INDICTMENT PURSUANT TO FED. R. CRIM. P. 48(A)** |
| ROBERT LEE WALKER, | |
| Defendant. | |

COMES NOW the United States of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed against the Defendant, Robert Lee Walker, on March 3, 2015, charging him with one (1) count of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  *See* Docket #18.

On October 13, 2015, the Magistrate Judge issued a Report & Recommendation ("R&R") recommending that the Defendant's Motion to Suppress (*see* Docket #39) be granted.  The Government does not intend to file Objections to the Magistrate Judge's R&R.  Given the R&R's recommendation that the firearm that was found on the Defendant be suppressed, the

1  Government does not wish to continue with the instant prosecution.  Consequently, the instant
2  case should be dismissed, and the Government hereby so moves.
3      Dated this the 27th day of October, 2015.

                                        Respectfully Submitted,

                                        DANIEL G. BOGDEN
                                        United States Attorney

                                                         /s/
                                    By: _____
                                        PHILLIP N. SMITH, JR.
                                        Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:15-CR-061-JCM-GWF |
| Plaintiff, | ) |
| | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| | ) |
| ROBERT LEE WALKER, | ) |
| | ) |
| Defendant. | ) |

Based on the Motion of the Government, and good cause appearing therefore, **IT IS ORDERED**, that pursuant to the Government's Motion to Dismiss Indictment, and in accordance with Fed. R. Crim. P. 48(a), the Criminal Indictment filed on March 3, 2015 in the above-captioned case is hereby **DISMISSED**.

DATED this __28th__ day of ____October____, 2015.

_____
Hon. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE